*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 20, 2014          515841
_____

CAROL B. RONOVECH,
                    Appellant,

     v                                    MEMORANDUM AND ORDER

CITY OF ONEONTA,
                    Respondent.
_____


Calendar Date:  October 7, 2014

Before:  Lahtinen, J.P., Stein, McCarthy, Rose and Clark, JJ.

_____


        Catherine E. Stuckart, Binghamton, for appellant.

        The Mills Law Firm, Clifton Park (Christopher K. Mills of
counsel), for respondent.

_____


        Appeal from an order of the Supreme Court (Coccoma, J.),
entered September 19, 2012 in Otsego County, which granted
defendant's motion for summary judgment dismissing the complaint.

        Order affirmed, upon the opinion of Justice Michael V.
Coccoma.

        Lahtinen, J.P., Stein, McCarthy, Rose and Clark, JJ.,
concur.

ORDERED that the order is affirmed, with costs.

ENTER:

Robert D. Mayberger
Clerk of the Court